**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
_Southern_ **DIVISION**

United States of America ,                    )
                                              )
**Plaintiff,**                                )
                                              )
**vs.**                                       )        **Case No.:** 14-5026-01-CR-SW-BP
                                              )
Dylan Wade Garcia ,                           )
                                              )
**Defendant.**                                )

## Defendant 'S EXHIBIT INDEX
### (PAGE 1)

| ✓ = offered & admitted w/o objection | Ltd = admitted for limited purposes |
|---|---|
| Ex = offered, but objected to and excluded | X = offered & admitted over objection |
| DB = admitted, de bene | NO = marked, but not offered |
| | WD = offered, then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | NO | 6/29 | 2:44 | Character Letters |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

<u>Page # 1</u>:    I CERTIFY that I have on this date ( 6-29-15 ), received from the Clerk. U.S. District Court, Western District of Missouri, the numbered exhibits listed in this document (and all subsequent attached pages, if applicable), for which I will hold myself responsible.

_____
Signature

DAVID R MERCER
_____
Name